THE STATE EX REL. STAMM, APPELLANT, *v.* HARM &
RING MECHANICAL, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Stamm v. Harm & Ring Mechanical,
Inc.,* 112 Ohio St.3d 545, 2007-Ohio-806.]

(No. 2006–1326—Submitted January 23, 2007—Decided March 14, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals and remand the cause to the Industrial Commission.

Casper & Casper and Douglas W. Casper, for appellant.

Marc Dann, Attorney General, and Sue A. Wetzel, Assistant Attorney General, for appellee Industrial Commission of Ohio.